FILED

05/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0597

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0597

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                   O R D E R

VAUGHN DAVID JAMES,

     Defendant and Appellant.

_____

Upon consideration of the Appellant's Unopposed Motion for Extension of Time, and good cause appearing therefor,

IT IS HERBY ORDERED that the motion is GRANTED. Appellant's reply brief shall be filed on or before June 20, 2022.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2022